

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00505-CV

**IN RE SOUTHEAST SNF, LLC** d/b/a South East Nursing & Rehabilitation Center

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: February 10, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On October 12, 2020, relator filed a petition for writ of mandamus. On November 6, 2020, the real party in interest filed a response. On November 24, 2020, the relator filed a reply. After considering the petition, the record, the response filed by the real party in interest, and the reply filed by relator, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-22992, styled *Villamar Ellison, individually and on behalf of the Estate of Olivia Ramirez, Deceased v. Southeast SNF, LLC d/b/a Southeast Nursing & Rehabilitation Center*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.